**Order entered April 22, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01258-CV

**CATHERINE ROSSI, Appellant**

**V.**

**CAE INC. AND CAE SIMUFLITE, INC., Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-02898**

## ORDER

Before the Court is appellant's April 17, 2019 motion for an extension of time to file her

reply brief. We **GRANT** the motion and extend the time to **April 25, 2019**.

/s/     BILL WHITEHILL
JUSTICE